UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jil Gordon et al.,

    Plaintiffs,

v.                                            Case No. 18-10148

Cavalry SPV I, LLC et al.,         Sean F. Cox
                                                    United States District Court Judge

    Defendants.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court, and in accordance with the Opinion and Order issued on this date;

IT IS ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED WITH PREJUDICE.

                                                  s/Sean F. Cox
                                                  Sean F. Cox
                                                  United States District Judge

Dated: July 24, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 24, 2018, by electronic and/or ordinary mail.

                                                  s/Karri Sandusky on behalf of
                                                  Jennifer McCoy, Case Manager